UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LAWRENCE GREENBERG,

    Plaintiff,

v.

FED EX GROUND PACKAGE SYSTEM, INC.,
A wholly owned subsidiary of FEDEX CORP.

    Defendant.
_____/

Case No.:

JURY TRIAL DEMANDED

Plaintiff, LAWRENCE GREENBERG, by his attorneys, ROSENTHAL, LEVY, SIMON & SOSA, hereby complains of the Defendant, upon information and belief, as follows:

## NATURE OF THE CASE

1. Plaintiff complains pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17, *et seq.* ("Title VII") and seeks damages to redress the injuries Plaintiff has suffered as a result of being discriminated against on the basis of his religion, and retaliation.

## JURISDICTION AND VENUE

2. Jurisdiction of this Court is proper under 42 U.S.C. § 2000e-5(f)(3), and 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) as this is a judicial district in which a substantial part of the events or omissions giving rise to the claims occurred.

4. On June 15, 2021, Plaintiff filed a timely charge of discrimination based on religion, and

employment retaliation with the Equal Employment Opportunity Commission ( "EEOC"). See charge of discrimination attached hereto as Exhibit "A."

## PROCEDURAL PREREQUISITES

5. On or about December 8, 2021, Plaintiff received a Dismissal and Notice of Rights with respect to the aforementioned charge of discrimination. See attached Dismissal and Notice of Rights attached hereto as Exhibit "B."

6. This action is being commenced within ninety (90) days of receipt of the Dismissal and Notice of Rights.

## PARTIES

7. Plaintiff is a resident of the State of Florida, County of Palm Beach.

8. At all times material, Defendant FED EX GROUND, a wholly owned subsidiary of FED EX CORPORATION ("FED EX") was and is a domestic professional corporation duly incorporated under the laws of the State of Delaware.

## MATERIAL FACTS

9. At all times material, Defendant, FED EX GROUND has locations throughout the United States, whose core business is the pick-up and delivery of packages.

10. Plaintiff began working for Defendant as an operations manager at it's facility in West Palm Beach, Florida on July 18, 2019.

11. In the Fall of 2019, Plaintiff began to complain to his supervisors about idling trucks in the building where he worked that resulted in a build-up of toxic gases, including carbon monoxide, resulting in the Plaintiff and other employees becoming sick.

12. In January, 2020, in direct response to Plaintiff's complaint, a co-worker insulted him and made derogatory comments about him being a "Jew."

13. Plaintiff complained to management, and in response, the co-worker and him were sent to "training" in March, 2020.

14. Subsequent to the aforementioned training, Plaintiff's direct supervisor began verbally attacking him and making derogatory comments about him being a "Jew."

15. Plaintiff did not initially complain about his supervisor's comments as he was afraid to lose his job.

16. In early October, 2020, Plaintiff was interviewed as part of an investigation and during questioning, his manager and the investigator attacked and insulted him for being a "Jew."

17. On October 13, 2020, for no reason, and without cause, Plaintiff was terminated by the Defendant.

18. Defendant retaliated against and terminated Plaintiff because he complained about and objected to unsafe working conditions at the jobsite and because he was a "Jew."

19. Defendant knew or should have known of the discriminatory and retaliatory conduct and failed to take corrective measures within its control.

20. The above are just some of the examples of the discrimination and retaliation Plaintiff had to endure.

21. Defendant acted intentionally and intended to harm Plaintiff.

22. As a result of the acts and conduct complained of herein, Plaintiff has suffered a loss of employment, income, the loss of a salary, loss of bonus, loss of benefits, other compensation which such employment entails, special damages, great inconvenience, loss of rights, and emotional distress.

23. Plaintiff has also suffered future pecuniary losses, emotional pain, suffering, inconvenience, loss of enjoyment of life, and other non-pecuniary losses.

## AS A FIRST CAUSE OF ACTION
## FOR DISCRIMINATION UNDER TITLE VII

24. Plaintiff repeats and re-alleges each and every allegation made in the above paragraphs of this complaint.

25. This claim is authorized and instituted pursuant to the provisions of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, for relief based upon the unlawful employment practices of the above-named Defendant. Plaintiff complains of the Defendant's violation of Title VII's prohibition against discrimination in employment based, in whole or in part, upon an employee's religion (religious discrimination).

26. Defendant engaged in unlawful employment practices prohibited by 42 U.S.C. § 2000e, *et seq.*, by discriminating against Plaintiff because of his religion (religious discrimination).

## AS A SECOND CAUSE OF ACTION
## FOR RETALIATION UNDER TITLE VII

27. Plaintiff repeats and re-alleges each and every allegation made in the above paragraphs of this complaint.

28. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-3 (a) provides that it shall be an unlawful employment practice for an employer: "(1) to . . . discriminate against any of his employees . . . because he has opposed any practice made an unlawful employment practice by this subchapter, or because he has made a charge, testified, assisted or participated in any manner in an investigation, proceeding, or hearing under this

subchapter."

29. Defendant engaged in unlawful employment practice prohibited by 42 U.S.C. §§ 2000e, *et seq*. by retaliating against Plaintiff with respect to the terms, conditions or privileges of employment because of Plaintiff's opposition to the unlawful employment practices of Defendant.

## JURY DEMAND

30. Plaintiff requests a jury trial on all issues to be tried.

**WHEREFORE**, Plaintiff respectfully requests a judgment against Defendant:

A. Declaring that Defendant engaged in unlawful employment practices prohibited by Title VII of the Civil Rights Act of 1964, in that Defendant discriminated against Plaintiff based on his religion and retaliated against Plaintiff for complaining of and objecting to unsafe working conditions and the discrimination he faced because he was a "Jew."

B. Awarding damages to Plaintiff for all lost wages and benefits resulting from Defendant's unlawful discrimination and conduct and to otherwise make him whole for any losses suffered because of such unlawful employment practices and conduct;

C. Awarding Plaintiff compensatory damages for mental, emotional, and physical injury, distress, pain, suffering, and injury to his reputation;

D. Awarding Plaintiff attorneys' fees, costs, and expenses incurred in the prosecution of the action; and

E. Awarding Plaintiff such other and further relief as the Court may deem equitable, just, and proper to remedy Defendant's unlawful employment practices and conduct.

Case 9:22-cv-80312-WM Document 1 Entered on FLSD Docket 03/01/2022 Page 6 of 11

**WHEREFORE**, Plaintiff demands judgment against Defendant in an amount to be determined at the time of trial; and for such other relief as the Court deems just and proper.

Respectfully submitted,

**Rosenthal, Levy, Simon & Sosa**
1401 Forum Way, Sixth Floor
West Palm Beach, FL 33401-2289
Telephone: (561) 478-2500
Facsimile: (561) 478-3111
Email: aaronson@rosenthallevy.com
Email: jvos@rosenthallevy.com

*/s/ Alan M. Aronson*
Alan M. Aronson, Esquire
Florida Bar No.: 0895997

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | |

Florida Commission On Human Relations                  and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| MR. LAWRENCE GREENBERG c/o Rosenthal Levy Simon & Sosa | (561) 478-2500 | 04-17-1985 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1401 FORUM WAY, SIXTH FLOOR | WEST PALM BEACH, FL 33401 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FEDERAL EXPRESS, INC. | 15+ | (800) 463-3339 |

| Street Address | City, State and ZIP Code |
|---|---|
| 942 SOUTH SHADY GROVE ROAD | MEMPHIS, TN 38120 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| FedEx GROUND | 15+ | (800) 463-3339 |

| Street Address | City, State and ZIP Code |
|---|---|
| 7358 7TH PLACE NORTH | WEST PALM BEACH, FL 33411 |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01/20/2020   Latest: 10/13/2020

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

THE CHARGING PARTY (LAWRENCE GREENBERG), WAS EMPLOYED BY THE RESPONDENT EMPLOYER (FEDERAL EXPRESS), AS AN OPERATIONS MANAGER AT ITS FACILITY IN WEST PALM BEACH, NEAR FLORIDA'S TURNPIKE FROM 07/18/2019 THROUGH HIS DATE OF TERMINATION ON 10/13/2020. IN THE FALL OF 2019, CHARGING PARTY BEGAN TO COMPLAIN ABOUT IDLING TRUCKS IN THE BUILDING WHERE HE WORKED THAT RESULTED IN A BUILD UP OF POISONOUS GASES, INCLUDING CARBON MONOXIDE RESULTING IN EMPLOYEES AND THE CHARGING PARTY GETTING SICK. IN JANUARY 2020, IN DIRECT RESPONSE TO CHARGING PARTY'S COMPLAINT, A CO-WORKER INSULTED HIM AND MADE DEROGATORY COMMENTS ABOUT HIM BEING A "JEW". CHARGING PARTY COMPLAINED TO MANAGEMENT, AND IN RESPONSE, THE CHARGING PARTY AND HIS CO-WORKER WERE SENT TO TRAINING. AFTER TRAINING, WHICH WAS IN MARCH 2020,

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 3/22/21

Charging Party Signature

NOTARY — *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

ELWANDA T. LEONARDO
Notary Public - State of Florida
Commission # HH 30802
My Comm. Expires Aug 10, 2024
Bonded through National Notary Assn.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:    Agency(ies) Charge No(s):<br>☐ FEPA<br>☒ EEOC |
|---|---|
| Florida Commission On Human Relations | and EEOC |
| *State or local Agency, if any* | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet)*

CHARGING PARTY'S DIRECT SUPERVISOR BEGAN VERBALLY ATTACKING HIM AND MAKING DEROGATORY COMMENTS ABOUT CHARGING PARTY BEING A "JEW". THE CHARGING PARTY DID NOT INITIALLY COMPLAIN ABOUT HIS SUPERVISOR'S COMMENTS, AS HE WAS AFRAIND TO LOSE HIS JOB. IN EARLY OCTOBER 2020, THE CHARGING PARTY WAS INTERVIEWED AS PART OF THE INVESTIGATION, AND DURING QUESTIONING, HIS MANAGER AND THE INVESTIGATOR ATTACKED AND INSULTED HIM FOR BEING A "JEW". SOON THERE AFTER, ON 10-13-2020, THE CHARGING PARTY (LAWRENCE GREENBERG) WAS TERMINATED BY THE RESPONDENT/EMPLOYER. CHARGING PARTY WAS DISCRIMINATED AGAINST FOR BEING A "JEW" AND RETALIATED AGAINST AS WELL FOR HAVING INITIALLY COMPLAINED ABOUT THE AFOREMENTIONED DISCRIMINATION AND UNSAFE WORKING CONDITIONS.

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3/22/21
Date

*Charging Party Signature*

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE 3/22/21
*(month, day, year)*

ELWANDA L. LEONARD
Notary Public - State of Florida
Commission # HH 30802
My Comm. Expires Aug 10, 2024
Bonded through National Notary Assn.

EEOC Form 161 (11/2020)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Lawrence Greenberg<br>c/o Alan Aronson, Esq.<br>1401 Forum Way, Ste 600<br>West Palm Beach, FL 33401 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2021-03333 | Susan Diaz,<br>Investigator | (786) 648-5870 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]    The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Jacqueline Gabriel for*        12/08/2021

Enclosures(s)      **Paul Valenti,**      *(Date Issued)*
                   **District Director**

cc:    **Respondent Representative**        **Charging Party Representative**

Maureen S. Hopbell, Esq.        Alan Aronson, Esq.
FEDERAL EXPRESS, INC.        1401 Forum Way, Suite 600
1000 Fed Ex Drive        West Palm Beach, FL 33401
Moon Township, PA 15108

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued* to you** (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Enclosures(s)

cc: