UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-cv-80312-WM

LAWRENCE GREENBERG,

    Plaintiff,

v.

FED EX GROUND PACKAGE SYSTEM, INC.,
A wholly owned subsidiary of FEDEX CORP.

    Defendant.
_____/

## MEDIATION REPORT

    This matter was mediated before the undersigned mediator on February 2nd, 2023. The mediation was conducted via Zoom teleconference, and all parties participated in the mediation conference. The case settled in full. The parties will file appropriate dismissal paperwork.

Dated: February 2, 2023

                                            Respectfully Submitted,

                                            *Robyn S. Hankins*
                                            Certified Mediator – Florida Supreme Court
                                            Florida Bar No. 0008699
                                            ROBYN S. HANKINS, P.L.
                                            1217 Merlot Dr.
                                            Palm Beach Gardens, Fl.  33410
                                            Telephone: (561) 721-3890
                                            robyn@hankins-law.com
                                            scott@hankins-law.com

## Certificate of Service

  I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

      By: ***/s/Robyn Hankins***
         Robyn Hankins